# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JEFFREY R. WENK AND LEE ANN WENK
A/K/A LEE ANN MADDEN,

     Petitioners

   v.

STATE FARM FIRE AND CASUALTY
COMPANY AND H.J.M. ENTERPRISES,
INC. TDBA FIREDEX OF PITTSBURGH,

     Respondents

: No. 127 WAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:


JEFFREY R. WENK AND LEE ANN WENK
A/K/A LEE ANN MADDEN,

     Petitioners

   v.

STATE FARM FIRE AND CASUALTY
COMPANY AND H.J.M. ENTERPRISES,
INC. TDBA FIREDEX OF PITTSBURGH,

     Respondents

:
: No. 128 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

JEFFREY R. WENK AND LEE ANN WENK : No. 129 WAL 2020
A/K/A LEE ANN MADDEN, :
                                 :
         Petitioners : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
                                 :
         v. :
                                 :
STATE FARM FIRE AND CASUALTY :
COMPANY AND H.J.M. ENTERPRISES, :
INC. TDBA FIREDEX OF PITTSBURGH, :
                                 :
         Respondents :
                                 :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.